| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Victoria Denise Copeland** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | |
| Case number (if known) | **22-60421** | ■ Check if this is an amended filing |

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7   12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **America's First Federal Credit Union**<br><br>Description of property securing debt: **2018 Audi SQ5 83k miles Location: 4602 Knights Bridge Court, Douglasville GA 30135** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Coosa Pines Federal Credit Union**<br><br>Description of property securing debt: **2016 Lexus IS300 40k miles Location: 3326 Cahaba Manor Drive, AL** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Debtor 1  **Victoria Denise Copeland**                                    Case number (*if known*)  **22-60421**

Lessor's name:  **America's First Federal Credit Union**                  ☐ No
                                                                          ■ Yes

Description of leased Property:  **2018 Audi**

Debtor 1  **_Victoria Denise Copeland_**    Case number (*if known*)  **_22-60421_**

### Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **_/s/ Victoria Denise Copeland_**              X  _____
   **_Victoria Denise Copeland_**                     Signature of Debtor 2
   Signature of Debtor 1

   Date  **_March  1, 2023_**                        Date

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Victoria Denise Copeland* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 22-60421 | | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B....................................................... $ **0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................... $ **68,959.00**

   1c. Copy line 63, Total of all property on Schedule A/B..................................................... $ **68,959.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **72,595.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **66,391.00**

   **Your total liabilities** $ **138,986.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................... $ **2,424.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................................................ $ **4,223.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1  *Victoria Denise Copeland*                                                   Case number *(if known)* **22-60421**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ **2,424.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ *0.00* |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ *0.00* |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ *0.00* |
| 9d. Student loans. (Copy line 6f.) | $ *0.00* |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ *0.00* |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ *0.00* |
| 9g. **Total.** Add lines 9a through 9f. | $ *0.00* |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Victoria Denise Copeland**  
Debtor(s)

Case No.  **22-60421**  
Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Amendment to Statement of Intentions with Summary of Schedules, consisting of __**8**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 1, 2023**  
Signature  **/s/ Victoria Denise Copeland**  
**Victoria Denise Copeland**  
Debtor 1

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   *Victoria Denise Copeland*                                    Case No.   *22-60421*
                              Debtor(s)                               Chapter    *7*

# AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
*Amendment to Statement of Intentions with Summary of Schedules*

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   *March 1, 2023*               */s/ Karmel Sunzette Davis*
                                       *Karmel Sunzette Davis 007707*
                                       Attorney for Debtor(s)
                                       *Karmel S. Davis & Associates*
                                       *P.O. Box 5736*
                                       *Douglasville, GA 30154*
                                       *(678) 715-0967 Fax:(678) 715-0987*
                                       *courthearings2@gmail.com*

**United States Bankruptcy Court**
**Northern District of Georgia**

In re  **Victoria Denise Copeland**                                                        Case No.  **22-60421**
                            Debtor(s)                                                             Chapter  **7**

# CERTIFICATE OF SERVICE

I hereby certify that on  **March 1, 2023**, a copy of **AMendment to Statement of Intentions with Summary of Schedules** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**S. Gregory Hays**
Hays Financial Consulting, LLC
ghays@haysconsulting.net

**America's First Federal Credit Union**
1200 4th Ave North
Birmingham, AL 35203

**America's First Federal Credit Union**
Attn: Bankruptcy
Po Box 11349
Birmingham, AL 35202

**Coosa Pines Federal Credit Union**
Attn: Bankruptcy
33710 Us Hwy 280
Childersburg, AL 35044

_____

                                                                    */s/ Karmel Sunzette Davis*
                                                                    *Karmel Sunzette Davis 007707*
                                                                    *Karmel S. Davis & Associates*
                                                                    *P.O. Box 5736*
                                                                    *Douglasville, GA 30154*
                                                                    *(678) 715-0967 Fax:(678) 715-0987*
                                                                    *courthearings2@gmail.com*